UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14046-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
    Plaintiff,

vs.

JETTA LYN FRAKE,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court on Defendant's Pro Se Motion to Petition for Appointment of Counsel [ECF No. 516], Petitioner's Request to Terminate Appointed Counsel and to Proceed *Pro Se* on Appeal [ECF No. 527], and Motion by CJA Counsel Julie Prag Vianale for Leave to Withdraw from Representing Jetta Frake on Appeal [ECF No. 528].

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on March 21, 2017. A Report and Recommendation was filed on March 23, 2017, [ECF No. 532], recommending that the referred Motions [ECF Nos. 516, 527 and 528] all be **denied but without prejudice to the parties being able to raise them before the Eleventh Circuit in the appropriate appeal case.** The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 532] of Chief United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED**.

The referred Motions **[ECF Nos. 516, 527 and 528]** are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of April, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Chief Magistrate Lynch
All Counsel Of Record
Jetta Lyn Frake, pro se